FORTUNATO v. MAYOR, ETC., OF CITY OF NEW YORK. PATTEN et al., Respondents, v. TWELFTH WARD BANK OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Actions by one Fortunato against the mayor, aldermen, and commonalty of the city of New York, and by Thomas G. Patten and others against the Twelfth Ward Bank of New York. J. M. Kerr, for appellant. R. E. Deyo, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. See 52 N. Y. Supp. 872.

FOUQUET, Appellant, v. BAIRD, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Catherine Fouquet against James C. Baird. No opinion. Judgment affirmed, with costs.

FRIENDLY, Respondent, v. ELSNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Henrietta Friendly, as administratrix, etc., against Wolf M. Elsner. No opinion. Judgment and order affirmed, with costs.

GALLERSTEIN, Appellant, v. MANHATTAN RY. CO., Respondent. (Supreme Court, Appellate Term. May 24, 1899.) Action by Phineas Gallerstein, an infant, by William Gallerstein, his guardian ad litem, against the Manhattan Railway Company. From an order of the general term affirming an order denying plaintiff's motion to be allowed to continue the action in forma pauperis, plaintiff appeals. Affirmed.

PER CURIAM. Order affirmed, with costs. See 55 N. Y. Supp. 444.

GALLAGHER et al., Respondents, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by George J. Gallagher and another against the Metropolitan Street-Railway Company. No opinion. Judgment and order affirmed, with costs.

GEOGHEGAN, Appellant, v. FROTHINGHAM, Respondent. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by Nora Geoghegan against James H. Frothingham, as receiver. No opinion. Judgment and order reversed on argument, and new trial granted; costs to abide the event.

GERMAN–AMERICAN BANK OF ROCHESTER, Appellant, v. RICH, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by the German-American Bank of Rochester against Willard G. Rich. No opinion. Judgment affirmed, with costs.

In re GIHON'S WILL. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) In the matter of the probate of the last will and testament of Caroline Remsen Gihon, deceased. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

GRAVES, Appellant, v. FREEMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Viola Graves against Frank B. Freeman and others. No opinion. Order affirmed, with $10 costs and disbursements.

GREEN, Appellant, v. PRATT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Sarah L. Green against Almond J. Pratt, as executor, etc., impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

GRIFFIN, Plaintiff, v. BROWN et al., Defendants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Theodore B. Griffin, as administrator, etc., against John Crosby Brown, Howard Potter, and John S. Shultze, individually and as executors, etc. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs, and judgment ordered for the defendants, with costs. All concur, except ADAMS, J., dissenting.

GRIFFEN et al., Respondents, v. MECHANICS' & TRADERS' BANK, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Daniel M. Griffen and Sarah E. Griffen, as executors, etc., against the Mechanics' & Traders' Bank. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

GUARANTEE TRUST & SAFE–DEPOSIT CO. v. PHILADELPHIA, R. & N. E. R. CO. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by the Guarantee Trust & Safe-Deposit Company against the Philadelphia, Reading & New England Railroad Company. No opinion. Application for leave to appeal to the court of appeals granted. See 52 N. Y. Supp. 116.

HACKETT, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (City Court of New York, General Term. May 26, 1899.) Action by Lucy Hackett against the Metropolitan Railroad Company. There was a judgment for plaintiff, and defendant appeals. Affirmed.

PER CURIAM. Judgment affirmed, with costs. The evidence shows that in crossing the defendant's tracks the plaintiff exercised due caution. The injuries complained of were severe. The verdict was a reasonable one. These injuries were caused by defendant's negligence in turning the corner at Fifty-Third street west and Ninth avenue. The evidence shows that defendant's car was going very fast,—in fact, unreasonably fast,—thus running down plaintiff and injuring her.